Scott H. Jacobs (SBN 81980)
Brandon W. Corbridge (SBN 244934)
Raymond Y. Kim (SBN 251210)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
FIA CARD SERVICES, N.A.

FILED
10 AUG 24  PM 4:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVE CHAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIA CARD SERVICES, N.A., MBNA AMERICA BANK N.A. and DOES 1-50,<br><br>　　　　　Defendants. | Case No. SACV10-1300-DOC (JCx)<br><br>[Removed from the Superior Court of California, County of Orange, Case No. 30-2008-00108434]<br><br>**DEFENDANT FIA CARD SERVICES, N.A.'S CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for FIA Card Services, N.A., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.   Steve Chan, Plaintiff;

2.   Defendant FIA Card Services, N.A. is the successor by name change on June 10, 2006 to MBNA America Bank, N.A.;

3.   NB Holdings Corp. wholly owns FIA Card Services, N.A.; and

4.   Bank of America Corporation wholly owns NB Holdings Corp.

Should the identity of any other interested party become known, Defendant will notify the Court and all parties.

DATED: August 24, 2010              REED SMITH LLP

                                    By _____
                                    Scott H. Jacobs
                                    Brandon W. Corbridge
                                    Raymond Y. Kim
                                    Attorneys for Defendant
                                    FIA CARD SERVICES, N.A.

DEFENDANT FIA CARD SERVICES N.A.'S CERTIFICATION OF INTERESTED PARTIES